Samuel Grossman, appellant, v. William Hale Thompson et al., appellees. Gen. No. 27,828.

Bill praying to have certain leases canceled and for an accounting of profits of an exposition. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and cause remanded. Opinion filed July 3, 1923.

Max M. Grossman and Schoenbrod & Rosengard, for appellant.

Roy D. Keehn and Mergentheim, Altheimer & Mayer, for appellees; Morton A. Mergentheim and Edward G. Woods, of counsel.

Mr. Justice Thomson delivered the opinion of the court.